

# Fourth Court of Appeals
## San Antonio, Texas

August 25, 2016

No. 04-15-00806-CR

Michael Wilfred **LAFLAMME,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2013CRW160-D4
Honorable Oscar J. Hale, Jr., Judge Presiding

# O R D E R

The appellant's 1-hour motion for extension of time to file brief is GRANTED.

_____
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of August, 2016.

_____
Keith E. Hottle
Clerk of Court